Clerk of the Circuit Court

32961    631

2011 SEP 21 PM 2:08

PR GEO CO MD #70

After recording, return to:
Patricia A. Borenstein, Esquire
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202

## DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE

THIS DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE is made this 7 day of February 2011 by BANK OF AMERICA, N.A. (the "Lender"), whose address is 111 Westminster Street, Providence, RI 02903.

### RECITALS

A. Allen S. Furst, Trustee of The Riverview Investment Trust Agreement u/t/a (the "Owner"), is the owner of certain real property located in Prince George's County, Maryland, and more particularly described in Exhibit A attached hereto and made a part hereof (the "Property"). The Property is subject to the lien, operation and effect of a Purchase Money Deed of Trust dated December 21, 2003 granted by the Owner to PRLAP, Inc. as Trustee (the "Original Trustee"), for the benefit of the Lender, which was recorded among the Land Records of Prince George's County, Maryland (the "Land Records") at Liber 18561, folio 017 (the "Deed of Trust").

B. The Deed of Trust states, in part, that the beneficiary thereunder has the irrevocable power to remove the Trustee under the Deed of Trust and to appoint a new or replacement or substitute Trustee or Trustees under the Deed of Trust, and that such power may be exercised at any time by filing for record in the office where the Deed of Trust is recorded a Deed of Appointment.

D. The Lender wishes to remove the Original Trustee as Trustee under the Deed of Trust and to substitute and appoint new Trustees as substitute Trustees under the Deed of Trust with identically the same rights, powers, trusts and duties as their predecessors in trust, as if they had originally been named as Trustees under the Deed of Trust.

### AGREEMENTS

NOW, THEREFORE, pursuant to the authority contained in the Indemnity Deed of Trust, this instrument witnesseth that the Lender hereby removes PRLAP, INC. as Trustee under the Deed of Trust and substitutes and appoints Richard L. Costella and Patricia A. Borenstein, each of whose address is c/o Miles & Stockbridge P.C., 10 Light Street, Baltimore, Maryland 21202, as substitute Trustees under the Indemnity Deed of Trust with the same rights, powers, trusts and duties to act as Trustees under the Deed of Trust in any matter permitted by the Indemnity Deed of Trust as if they had originally been named as Trustees under the Indemnity Deed of Trust.

32961   632

IN WITNESS WHEREOF, the Lender has caused this Deed of Appointment of Substitute Trustees to be signed under seal as of the day and year first written above.

WITNESS:                                            BANK OF AMERICA, N.A.

*[signature]*                         By: *[signature]* (SEAL)
                                           Joseph Guilmartin
                                           Portfolio Officer

I HEREBY CERTIFY, that on this 9th day of February, 2011, before me, the undersigned Notary Public of said State, personally appeared Joseph Guilmartin who acknowledged himself to be a Portfolio Officer of Bank of America, N.A., a national banking association and a party to the foregoing instrument, known to me (or satisfactorily proven) to be the person whose name is subscribed to such instrument, and acknowledged that he executed the same for the purposes therein contained and in the capacity designated above.

WITNESS my hand and Notarial Seal.

*[signature]*
Notary Public

My Commission Expire

ANN M. SOARES
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APRIL 6, 2013

2

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 32961, p. 0632. MSA_CE64_33268. Date available 09/30/2011. Printed 12/11/2014

32961   633

EXHIBIT A

## PROPERTY DESCRIPTION

ALL those tracts or parcels of land located in Prince George's County, Maryland, and more particularly described as follows:

Lot numbered Six (6) in the subdivision known as "RIVERVIEW RESERVE" as per plat thereof recorded in Plat Book REP 192 at Page 70, among the Land Records of Prince George's County, Maryland. Being in the 5th Election District of said County. Said property also being known as 11204 Riverview Road, Ft. Washington, MD 20744.

Tax ID No. 05-339925-0.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MMB 32961, p. 0633, MSA_CE64_33268. Date available 09/30/2011. Printed 12/11/2014

CLERK OF THE CIRCUIT COURT
FOR
PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT,

I HEREBY CERTIFY, THAT THE FOREGOING IS A TRUE COPY OF

**SUBSTITUTE TRUSTEE**

TAKEN FROM **LIBER 32961** AT **FOLIO 631** NE OF THE LAND RECORD OF

THE STATE AND COUNTY AFORESAID.

IN TESTIMONY WHEREOF, I HERETO SET
MY HAND AND AFFIX THE SEAL OF THE
CIRCUIT COURT FOR THE STATE AND
COUNTY AFORESAID, THIS **11TH DAY
OF DECEMBER 2014.**

CLERK OF THE CIRCUIT COURT, PRINCE GEORGE'S CO, MD
SYDNEY J. HARRISON
# 585

5